OAKVILLE COMMUNITY ACTION GROUP; Louisiana Environmental Action Network, Plaintiffs–Appellants,

v.

INDUSTRIAL PIPE INC., Defendant–Appellee.

No. 05–30462.

United States Court of Appeals, Fifth Circuit.

Dec. 13, 2006.

Adam Lawrence Babich, Tulane University, School of Law, Corinne Van Dalen, Tulane University, Environmental Law Clinic, New Orleans, LA, for Plaintiffs–Appellants.

Robert Beattie McNeal, Frilot, Partridge, Kohnke & Clements, New Orleans, LA, Stephen O. Scandurro, Scandurro & Layrisson, New Orleans, LA, for Defendant–Appellee.

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

This court has carefully reviewed the parties' briefs and pertinent portions of the record in light of the parties' excellent oral arguments. We conclude there is no reversible error in the district court's findings of fact and conclusions of law. We

---

therefore AFFIRM the final judgment of the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.